# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| JEREMIAH WILLIAM BALIK, | Case No. 2:18-cv-02174-RFB-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF TORRANCE, *et al.*, | |
| Defendant. | |

This matter is before the Court on Plaintiff's failure to comply with the Court's Order (ECF No. 19).

Plaintiff is proceeding in this action *pro se* and submitted his complaint on November 13, 2018. *See Complaint* (ECF No. 1-2). The Court issued an order (ECF No. 19) denying Plaintiff's request to proceed *in forma pauperis* without prejudice and instructed Plaintiff to either pay the appropriate filing fee or submit a complete application with his most current bank statement, in support of his request to proceed *in forma pauperis* by no later than May 1, 2019. To date, Plaintiff has failed to file an amended application to proceed *in forma pauuperis* or pay the filing fee. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is directed to complete a long form application to proceed in forma pauperis (A0 239), a copy of which can be found on the Court's website. Alternatively, Plaintiff shall pay the $400.00 filing fee by no later than **June 21, 2019**.

Dated this 24th day of May, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1