Jason D. Guinasso, Bar No. 8478
jguinasso@hutchlegal.com
HUTCHISON & STEFFEN, PLLC
500 Damonte Ranch Parkway, Suite 980
Reno, NV 89521
Telephone: (775) 853-8746
Facsimile: (775) 201.9611

JOSHUA NELSON, Bar No. 11849
*Joshua.nelson@bbklaw.com*
Best Best & Krieger LLP
2855 E. Guasti Road, Suite 400
Ontario, CA 91761
Telephone: (909) 989-8584
Facsimile: (909) 944-1441

*Attorneys for Defendant*
*CITY OF SAN BERNARDINO*

Jeremiah W Balik, in propria persona
*jeremiah.balik@alumni.northwestern.edu*
6440 Sky Pint Drive, #275
Las Vegas, NV 89131
Telephone: (424) 280-2981
Facsimile: (805) 642-7177

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA-LAS VEGAS DIVISION

| | |
|---|---|
| JEREMIAH WILLIAM BALIK,<br><br>Plaintiff,<br>v.<br><br>CITY OF TORRANCE, CITY OF CEDAR FALLS, IOWA, SANTA BARBARA COUNTY SHERIFF'S DEPT, CITY OF LOS ANGELES, SAN DIEGO COUNTY SHERIFF'S DEPT, CITY OF SAN BERNARDINO, NEXT GENERATION WIRELESS, VALVOLINE, CALIFORNIA HIGHWAY PATROL, LOS ANGELES COUNTY SHERIFF'S DEPT, BRISTOL FARMS, CITY OF CHICAGO, FRED S. UPTON FOUNDATION, CITY OF MANHATTAN BEACH, CITY OF CITRUS HEIGHTS, NEVEDA HIGHWAY PATROL, DOES 1-500,<br><br>Defendants. | Case No. 2:18-cv-02174-RFB-GWF<br><br>Judge: Richard F. Boulware<br><br>**AMENDED**<br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff JEREMIAH WILLIAM BALIK ("Plaintiff"), Plaintiff in proria persona, and Defendant CITY OF SAN BERNARDINO ("City"), by and through its counsel of record, hereby respectfully submits this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, LR II 7-1, and LR IA 11-1(b) of the Local Rules of this Court. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

The City was served with Plaintiff's Complaint on October 18, 2019. The instant extension is requested as the City's counsel requires additional time to prepare a responsive pleading to Plaintiff's Complaint.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including November 29, 2019, for the City to file an answer or otherwise respond to Plaintiff's Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiff's Complaint.

Dated: November 7, 2019

By: /s/ Jason D. Guinasso
Attorneys for Defendant,
City of San Bernardino

Dated: November 6, 2019

By: /s/ Jeremiah W. Balik
JEREMIAH W. BALIK, in propria persona

**ORDER**

IT IS SO ORDERED:

DATED this 8th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE